# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RONNELL D. MCKINNEY,**

     **Petitioner,**

**v.**                                  **CASE NO.  5:18cv60-MCR-MJF**

**MARK S. INCH,**

     **Respondent.**
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 5, 2020.  ECF No. 17.  The parties were provided a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The clerk of court shall change the docket to reflect that Mark S. Inch has been substituted as the Respondent in this cause.[1]

2. The Magistrate Judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this Order.

3. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Ronnell Dupree McKinney*, Bay County Circuit Court Case No. 2006-CF-4377, is **DENIED**.

4. A certificate of appealability is **DENIED**.

5. The clerk is directed to close this case file.

**DONE AND ORDERED** this 7th day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Mark S. Inch succeeded Julie L. Jones as Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent. *See* Fed. R. Civ. P. 25(d).